ants. CHARLES C. JONES, as Trustee, etc., Appellant.— Judgment, so far as appealed from, affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SAMUEL D. SOLOMON, Appellant, v. ANNA BENNETT, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor Thompson and Crosby, JJ.

CHARLES H. ADAMS, Respondent, Appellant, v. UNITED BOND AND BUILDING CORPORATION, Appellant, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

EMANUEL CLAYTON, as Administrator, etc., of FRANCIS G. CLAYTON, Deceased, Respondent, v. CITY OF NIAGARA FALLS, Appellant.*— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Revocation of the Probate of the Purported Will of CHARLES W. SHAVER, Late of the Town of Camden, Oneida County, N. Y., and Petition for Probate of Newly-Discovered Will.— Decree affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JAMES N. CLARK and Another, Appellants, v. MARY SKORUPA and Others, Defendants. THE HANOVER FIRE INSURANCE COMPANY, Respondent, and ALBERT J. KREUTTER, Appellant.— Appeal dismissed, without costs, upon the ground that the question involved has become academic. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JAMES N. CLARK and Another, Respondents, v. MARY SKORUPA and Others, Defendants. THE HANOVER FIRE INSURANCE COMPANY, Appellant, and ALBERT J. KREUTTER, Respondent.— Appeal dismissed, without costs, upon the ground that the question involved has become academic. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JAMES N. CLARK and Another, Respondents, v. MARY SKORUPA and Others (not appealing). THE HANOVER FIRE INSURANCE COMPANY, Appellant, and ALBERT J. KREUTTER, Respondent.— Appeal dismissed, without costs, upon the ground that the question involved has become academic. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

AGATHA M'ARDELL, as Administratrix, etc., of AUGUST THOMAS SAWMILLER, Deceased, Appellant, v. NATIONAL ACCIDENT SOCIETY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ADELBERT C. LINDSLEY, as Administrator, etc., of MARGARET M. WOODRUFF LINDSLEY, Appellant, v. ANNA BROWN JEFFREY, Defendant, Impleaded with NELLIE BROWN and Others, Respondents.†— Judgment so far as appealed from modified by providing that from the proceeds of the foreclosure sale after the payment of costs and expenses of the sale, the sum due on the plaintiff's mortgages not affected by the matters litigated, including amounts paid by the plaintiff's intestate for taxes and insurance premiums, be paid to the plaintiff and the balance be paid into court to be distributed according to subsequent judicial determination, in which determination, however, the interest of the county treasurer of Oswego county as trustee of Mary E. Delosh (and of Mary E. Delosh herself) and also the interest of Nellie Brown shall be held superior to the interest of the

* Affd., 252 N. Y. 595.          † Affd., 252 N. Y. 564.